UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WHITNEY BANK, a Mississippi state chartered bank, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. _____ |
| v. | ) ) | |
| NAVARRE INVESTMENT GROUP L.L.C., a Florida limited liability company, BART R. PULLUM, REBECCA A. PULLUM, NEIL A. HOOK and BRANDI L. HOOK, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# COMPLAINT

## Parties

1. Plaintiff, Whitney Bank, is a Mississippi state chartered bank formerly known as Hancock Bank, with offices in and transacting business within Mobile County, Alabama ("Whitney").

2. Defendant, Navarre Investment Group, L.L.C. ("Borrower") is a limited liability company formed under the laws of the State of Florida, doing business in Mobile County, Alabama.

3. Defendant, Bart R. Pullum ("BPullum"), is, upon information and belief, an individual resident of Santa Rosa County, Florida over the age of nineteen (19) years.

{1079377.1}

4. Defendant, Rebecca A. Pullum ("RPullum") is, upon information and belief, an individual resident of Santa Rosa County, Florida over the age of nineteen (19) years.

5. Defendant, Neil A. Hook ("NHook") is, upon information and belief, an individual resident of Santa Rosa County, Florida over the age of nineteen (19) years.

6. Defendant, Brandi L. Hook ("BHook") is, upon information and belief, an individual resident of Santa Rosa County, Florida over the age of nineteen (19) years.

## Jurisdiction and Venue

7. This Court has jurisdiction over this proceeding pursuant to the provisions of 28 U.S.C § 1332(a), as Plaintiff and Defendants are citizens of different States and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8. Venue is proper in this Court pursuant to the provisions of 28 U.S.C. § 1391(b)(2) and (3), in that a substantial part of the events described hereinbelow occurred in Mobile County, Alabama, and Borrower is a resident of Mobile County, Alabama as described in § 1391(c)(2), having consented to jurisdiction and venue in the Southern District of Alabama.

## Factual Allegations

9. Borrower is indebted to Whitney under the terms of that certain Renewal Promissory Note executed and delivered to Whitney in Mobile County, Alabama by Borrower on or about April 17, 2014 ("Note"), whereby Borrower promised to repay the principal amount of $641,342.63, together with interest as specified in the Note, late

charges and, upon default, reasonable attorneys' fees and costs of collecting such indebtedness. A true and correct copy of the Note is attached hereto as Exhibit A.

10. Borrower is in default under the terms of the Note for failure to make payment as required thereunder, and the Note has matured.

11. As of May 26, 2015, the indebtedness remaining unpaid under the Note totals $615,973.89, consisting of a remaining principal balance of $603,562.22 and accrued interest in the amount of $8,411.67, with additional interest accruing thereafter at the post-default *per diem* rate of $303.78, together with reasonable attorneys' fees incurred in connection with this civil action.

12. BPullum executed and delivered to Whitney in Mobile County, Alabama that certain Guaranty Agreement dated April 17, 2014 ("BPullum Guaranty") wherein BPullum absolutely and unconditionally guaranteed the payment of the indebtedness owed by Borrower. A true and correct copy of the BPullum Guaranty is attached hereto as Exhibit B.

13. BPullum is in default under the terms of the BPullum Guaranty for failure to make payment as required thereunder.

14. RPullum executed and delivered to Whitney in Mobile County, Alabama that certain Guaranty Agreement dated April 17, 2014 ("RPullum Guaranty") wherein RPullum absolutely and unconditionally guaranteed the payment of the indebtedness owed by Borrower. A true and correct copy of the RPullum Guaranty is attached hereto as Exhibit C.

15. RPullum is in default under the terms of the RPullum Guaranty for failure to make payment as required thereunder.

16. NHook executed and delivered to Whitney in Mobile County, Alabama that certain Guaranty Agreement dated April 18, 2014 ("NHook Guaranty") wherein NHook absolutely and unconditionally guaranteed the payment of the indebtedness owed by Borrower.  A true and correct copy of the NHook Guaranty is attached hereto as Exhibit D.

17. NHook is in default under the terms of the NHook Guaranty for failure to make payment as required thereunder.

18. BHook executed and delivered to Whitney in Mobile County, Alabama that certain Guaranty Agreement dated April 21, 2014 ("BHook Guaranty") wherein BHook unconditionally guaranteed the payment of the indebtedness owed by Borrower.  A true and correct copy of the BHook Guaranty is attached hereto as Exhibit E.

19. BHook is in default under the terms of the BHook Guaranty for failure to make payment as required thereunder.

## First Cause of Action
### (Breach of Contract – Note)

20. Whitney adopts and realleges the allegations contained in Paragraphs 1 through 19 above as though fully set forth herein.

21. Borrower has breached the contractual provisions of the Note, and is indebted to Whitney under the terms of the Note in the total amount of $615,973.89 as of

May 26, 2015, with interest accruing thereafter at the post-default *per diem* rate of $303.78, together with reasonable attorneys' fees for this civil action.

WHEREFORE, Whitney demands judgment against Borrower for the sum of $615,973.89, accruing interest, reasonable attorneys' fees, and costs of Court.

### Second Cause of Action
### (Breach of Contract – BPullum Guaranty)

22. Whitney adopts and realleges the allegations contained in Paragraphs 1 through 21 above as though fully set forth herein.

23. BPullum has breached the contractual provisions of the BPullum Guaranty, and is indebted to Whitney under the terms of the BPullum Guaranty in the total amount of $615,973.89 as of May 26, 2015, with interest accruing thereafter at the post-default *per diem* rate of $303.78, together with reasonable attorneys' fees for this civil action.

WHEREFORE, Whitney demands judgment against BPullum for the sum of $615,973.89, accruing interest, reasonable attorneys' fees, and costs of Court.

### Third Cause of Action
### (Breach of Contract – RPullum Guaranty)

24. Whitney adopts and realleges the allegations contained in Paragraphs 1 through 23 above as though fully set forth herein.

25. RPullum has breached the contractual provisions of the RPullum Guaranty, and is indebted to Whitney under the terms of the RPullum Guaranty in the total amount of $615,973.89 as of May 26, 2015, with interest accruing thereafter at the post-default *per diem* rate of $303.78, together with reasonable attorneys' fees for this civil action.

WHEREFORE, Whitney demands judgment against RPullum for the sum of $615,973.89, accruing interest, reasonable attorneys' fees, and costs of Court.

### Fourth Cause of Action
### (Breach of Contract – NHook Guaranty)

26. Whitney adopts and realleges the allegations contained in Paragraphs 1 through 25 above as though fully set forth herein.

27. NHook has breached the contractual provisions of the NHook Guaranty, and is indebted to Whitney under the terms of the NHook Guaranty in the total amount of $615,973.89 as of May 26, 2015, with interest accruing thereafter at the post-default *per diem* rate of $303.78, together with reasonable attorneys' fees for this civil action.

WHEREFORE, Whitney demands judgment against NHook for the sum of $615,973.89, accruing interest, reasonable attorneys' fees, and costs of Court.

### Fifth Cause of Action
### (Breach of Contract – BHook Guaranty)

28. Whitney adopts and realleges the allegations contained in Paragraphs 1 through 27 above as though fully set forth herein.

29. BHook has breached the contractual provisions of the BHook Guaranty, and is indebted to Whitney under the terms of the BHook Guaranty in the total amount of $615,973.89 as of May 26, 2015, with interest accruing thereafter at the post-default *per diem* rate of $303.78, together with reasonable attorneys' fees for this civil action.

WHEREFORE, Whitney demands judgment against BHook for the sum of $615,973.89, accruing interest, reasonable attorneys' fees, and costs of Court.

/s/ Alan C. Christian
Alan C. Christian                   CHRIA3917
Attorney for Plaintiff,
  Whitney Bank
Post Office Box 1988
Mobile, Alabama  36633
(251) 432-7682; fax (251) 432-2800
*acc@johnstoneadams.com*

OF COUNSEL:

JOHNSTONE ADAMS, L.L.C.

Defendants may be served by certified mail, return receipt requested as follows:

| | |
|---|---|
| Navarre Investment Group, L.L.C.<br>8052 Navarre Parkway<br>Navarre, Florida  32566 | Neil A. Hook<br>2781 Avenida De Soto<br>Navarre, Florida  32566 |
| Bart R. Pullum<br>7108 Reef Street<br>Navarre, Florida  32566 | Brandi L. Hook<br>2781 Avenida De Soto<br>Navarre, Florida  32566 |
| Rebecca A. Pullum<br>7108 Reef Street<br>Navarre, Florida  32566 | |

**Exhibits:**
A – Note
B – BPullum Guaranty
C – RPullum Guaranty
D – NHook Guaranty
E – BHook Guaranty